**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 12-6416**

————————

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

PETER SIMPSON, a/k/a Peter Pillings, a/k/a Clarence Floyd,
a/k/a Diamond,

               Defendant - Appellant.

————————

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg.   Irene M. Keeley,
District Judge. (1:95-cr-00005-IMK-1)

————————

Submitted:  July 19, 2012         Decided:  July 23, 2012

————————

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Peter Simpson, Appellant Pro Se.   Thomas Oliver Mucklow,
Assistant United States Attorney, Martinsburg, West Virginia;
Stephen Donald Warner, Assistant United States Attorney, Elkins,
West Virginia, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Peter Simpson appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Simpson</u>, No. 1:95-cr-00005-IMK-1 (N.D.W. Va. Feb. 17, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>